FILED

2006 SEP -7 PM 1:44

[SOUTHERN DISTRICT OF CALIFORNIA]

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER R. RUPP and RYAN W. RUPP, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. 06cv0515 H (WMc) <br><br> **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On September 6, 2006, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. Appearing for Plaintiff were Stephen Root, Suzanne Mindlin, Amber Rupp and Ryan Rupp. Tom Reeve appeared for Defendant.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. Plaintiff's counsel shall submit a copy of the Plaintiff's signed informed consent form to the Court **on or before September 15, 2006**;

2. Plaintiff shall execute a medical records release form

|     |     |
| --- | --- |
| 1   | that covers the release of medical records from June 1998 |
| 2   | (fiver (5) years prior to plaintiff's June 16, 2003 |
| 3   | surgery) to the present. Plaintiff's counsel shall |
| 4   | provide Defense counsel with said medical records release |
| 5   | **on or before September 20, 2006**; |
| 6   | 3. Defense counsel shall send a letter to Plaintiff's |
| 7   | counsel, which is **to be received by Plaintiff's counsel** |
| 8   | **no later than September 20, 2006**, setting forth the |
| 9   | deficiencies in the claim filed by Plaintiff Ryan Rupp |
| 10  | under the Federal Tort Claims Act. Plaintiff's counsel |
| 11  | shall reply by letter to Defense counsel addressing the |
| 12  | issues raised by Defendant. Said letter shall be |
| 13  | received **no later than September 27, 2006**; |
| 14  | 4. The Rule 26(f) conference shall be completed **on or before** |
| 15  | ***October 2, 2006***; |
| 16  | 5. A discovery plan shall be lodged with Magistrate Judge |
| 17  | McCurine, Jr. **on or before *October 12, 2006*.** Regarding |
| 18  | each witness, the discovery plan will include the name, |
| 19  | most current address, most current phone number, and a |
| 20  | brief description of the subject matter of his/her |
| 21  | testimony. The discovery plan will also include the |
| 22  | anticipated dates for the completion of both non-expert |
| 23  | discovery and expert discovery; and, |
| 24  | 6. The date of initial disclosure pursuant to Rule |
| 25  | 26(a)(1)(A-D) shall occur **on or before *October 16, 2006***; |
| 26  | 7. Counsel and parties are ordered to appear **on *October 26,*** |
| 27  | ***2006* at *2:00 p.m.*** in the chambers of United States |
| 28  | Magistrate Judge William McCurine, Jr., 940 Front Street, |

```
 1            Courtroom C, San Diego, California, 92101,  for a Case
 2            Management Conference pursuant to Federal Rule of Civil
 3            Procedure 16(b).
 4       Failure of any counsel or party to comply with this Order will
 5  result in the imposition of sanctions.
 6       IT IS SO ORDERED.
 7
 8  Dated: September 6, 2006        [signature]
                                    WILLIAM McCURINE, JR.
 9                                  United States Magistrate Judge

10  COPY TO:

11  HONORABLE MARILYN L. HUFF
    U.S. DISTRICT JUDGE
12
    ALL COUNSEL OF RECORD
13
```